IN THE SUPREME COURT OF THE STATE OF NEVADA

DOES 1-26, INDIVIDUALS,

               Appellants,

vs.

AARON D. FORD; ANNE CARPENTER;
GEORGE TOGLIATTI; AND MINDY
MCKAY,

               Respondents.

No. 85663

FILED

DEC 06 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

Cause appearing, appellants' unopposed motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Jasmin D. Lilly-Spells, District Judge
      McLetchie Law
      Attorney General/Carson City
      Attorney General/Las Vegas
      Eighth District Court Clerk

22-38345